# CILENTI & COOPER, PLLC

ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2020

**MEMO ENDORSED**

December 4, 2020

**CONSENT MOTION TO
ADJOURN CONFERENCE**

**VIA ECF and E-MAIL**

**RomanNYSDChambers@nysd.uscourts.gov**
The Honorable Nelson S. Román
United States Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

The parties' joint consent motion is GRANTED. The conference scheduled for December 18, 2020 is cancelled and rescheduled to March 5, 2021 at 11:00 a.m. The Clerk of the Court is kindly requested to terminate the motion at ECF No. 26.

Date: Dec. 7, 2020
White Plains, NY

SO ORDERED:

*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge

   RE:   Gregorio Hernandez Ramirez v. Los Abuelos Inc., et. al.
         Case No. 19 Civ. 9833 (NSR) (PED)

Dear Judge Román,

   This is the parties' joint motion to adjourn the conference scheduled for December 18, 2020. The reason for the adjournment is the defendants are going to provide complete discovery responses within one (1) week and they have scheduled mediation for January 11th. The Magistrate Judge has extended discovery through the 15th of January and has set a follow-up conference with counsel on January 19th. For these reasons, we respectfully request the court schedule its post-discovery case management conference for a date after January 19th, at the court's convenience.

   This is a joint request and no other deadlines will be affected. Thank you for your consideration of this case.

                                       Respectfully submitted,

                                       */s/ Peter H. Cooper*

                                       Peter H. Cooper

cc:   Mario DeMarco, Esq. (Via ECF)